**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

**Chambers of**  
**PATRICK J. SCHILTZ**  
**DISTRICT JUDGE**

United States Courthouse  
300 South Fourth Street  
Minneapolis, Minnesota 55415  
(612) 664-5480

April 4, 2012
VIA CM/ECF

Re: Welk, et al. v. GMAC Mortgage, LLC, et al.
Case No. 11-CV-2676 (PJS/JJK)

Dear Counsel:

    I write to inform you that earlier this week my chambers received an ex parte e-mail from one of Mr. Butler's clients. The e-mail was sent to my chambers inbox, which is screened by my staff. At my request, my staff sent the attached response to Mr. Butler's client, which has been redacted in light of the client's request to remain anonymous.

Thank you.

Sincerely,

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge

cc: Martin A. Cole