**Re: Fwd: Judge Schiltz's Sanctions Order in the Welk v GMAC case** 
MND Schiltz_Chambers   to:                              04/03/2012 10:13 AM
Sent by: **Caryn Glover**
Bcc:          Elizabeth Welter

Dear ▮▮▮▮▮▮,

Thank you for your e-mail message of April 2, 2012.

I have told Judge Schiltz about your e-mail, and he has asked me to let you know that he is not allowed to read communications from a party to a lawsuit without the other parties' knowledge.  For that reason, Judge Schiltz has not looked at your e-mail or the attachments.  I have also not told him anything about the content of your e-mail or the attachments, except to tell him that a client of Mr. Butler's forwarded an e-mail and other attachments that Mr. Butler had sent to that client, and that the client wishes to remain anonymous.  At Judge Schiltz's request, I have not even told him your name.

Because Judge Schiltz is not permitted to have have private communications with any party to a lawsuit, he has to notify all of the parties to this case about your e-mail.  He will not, however, identify you or say anything about the content of what you sent to him (because, as I explained, he does not know who you are or what you sent to him).

Judge Schiltz asked me to tell you that, if you believe that Mr. Butler has acted improperly, Judge Schiltz hopes that you will communicate openly with him -- that is, through an e-mail or letter that he can share with the parties.  Failing that, Judge Schiltz recommends that you bring any concerns about Mr. Butler to the attention of the Office of Lawyers Professional Responsibility at the following address:

Mr. Martin A. Cole
Office of Lawyers Professional Responsibility
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102-1218

Judge Schiltz asks, however, that you not send any further communications to our chambers unless you are willing to have those communications shared with all of the parties.

Thank you again for contacting us.

Caryn Glover
Calendar Clerk to the Honorable Patrick J. Schiltz
(612) 664-5483