UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Heather L. Welk, Susie B. Jones, William Bigelow, Christine Heinzman and Mark Heinzman, Sigmond Singramdoo, Troy Forte and Lynn M. Forte, David J. Roster and Charity Roster, Patrick Rucci, Gary G. Klingner, Rebecca A. Albers, Ian Patterson, and James Willis Konobeck, Jr. and Alison Konobeck, Tracy J. Miklas and Michelle L. Miklas, and Dane A. Tibke and Amy B. Tibke,<br><br>     Plaintiffs,<br>v.<br><br>GMAC Mortgage, LLC, Ally Financial, Inc., Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc., U.S. Bank, N.A., U.S. Bank National Association ND, Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company, The Bank of New York Mellon fka The Bank of New York and Shapiro & Zielke, LLP,<br><br>     Defendants. | Civil Case No. 11-CV-02676 PJS/JJK<br><br><br><br><br><br>**DECLARATION OF AMANDA M. GOVZE IN SUPPORT OF AWARD OF ATTORNEY'S FEES** |

I, Amanda M. Govze, hereby declare the following:

1.  That I am an associate at the law firm of Shapiro & Zielke, LLP in Burnsville, Minnesota and am one of the attorneys representing Defendant Shapiro & Zielke, LLP in the above-captioned matter.

2.  That I am a duly licensed attorney in good standing with the bar and have

been actively practicing law in Minnesota for approximately three years.

3.   That pursuant to Judge Schlitz's March 29, 2012 Order (Dkt. 121) the following is a breakdown on my recoverable attorney's fees:

| Date | Description of Work | Time Expended |
|---|---|---|
| 12/30/2011 | Review Plaintiffs' Memorandum in Opposition to Shapiro & Zielke, LLP's Motion to Dismiss | 0.8 |
| 12/30/201 | Start drafting Shapiro & Zielke, LLP's Reply Memorandum of Law in Support of Its Motion to Dismiss | 4.5 |
| 1/2/2012 | Continue drafting Shapiro & Zielke, LLP's Reply Memorandum | 1.3 |
| 1/2/2012 | Draft Affidavit of Amanda M. Govze in Support of Shapiro & Zielke, LLP's Reply Memorandum | 0.8 |
| 1/6/2012 | Edit, file and serve Shapiro & Zielke, LLP's Reply Memorandum and Affidavit of Amanda M. Govze | 0.6 |
| 1/19/2012 | Prepare for motion to dismiss hearing | 2.6 |
| 1/20/2012 | Attend motion to dismiss hearing | 4.5 |
| | GRAND TOTAL HOURS | 15.1 |

4.   That my hourly rate is $200.00 per hour which is commensurate with my experience and is a reasonable rate within the Twin Cities metro area.

5.   That the total attorney's fees sought to be awarded is $3,020.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 12th day of April, 2012, in Burnsville, Minnesota.

s/Amanda M. Govze

Amanda M. Govze

2